```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS FUENTES,                        :
                                       :
          Plaintiff,                   :   CIVIL ACTION
                                       :
     v.                                :   No. 09-cv-5804
                                       :
AMC ENTERTAINMENT HOLDINGS, INC.       :
d/b/a, t/a LOWE'S THEATERS,            :
                                       :
          Defendant.                   :
```

## ORDER

AND NOW, this    5th    day of April, 2010, upon consideration of Defendant's Motion to Transfer Venue (Doc. No. 12) and responses thereto, for the reasons set forth in the attached Memorandum, Defendant's Motion is DENIED.

                                        BY THE COURT:


                                         s/J. Curtis Joyner
                                        J. Curtis Joyner, J.